# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 27, 2019

SEAN F. McAVOY, CLERK

DAVID D.,

*Plaintiff*

v.

ANDREW M. SAUL, Commissioner of Social Security,

*Defendant*

Civil Action No. 4:19-CV-5006-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiff's Motion for Summary Judgment (ECF No. 11) is DENIED. Defendant's Motion for Summary Judgment (ECF No. 13) is GRANTED. Judgment is entered in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Edward F. Shea on Motions for Summary Judgment (ECF Nos. 11 and 13).

Date: December 27, 2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*
Penny Lamb